STEPHEN J. BALDWIN, Respondent, *v.* THE AMERICAN WOOLEN COMPANY OF NEW YORK, Appellant.

*Baldwin* v. *American Woolen Co.*, 121 App. Div. 929, affirmed.
(Argued March 17, 1909; decided April 6, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*J. L. Cheney* for appellant.

*Ray B. Smith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

GEORGE H. TOUSEY, Respondent, *v.* OSCAR B. BERGSTROM, Appellant.

*Tousey* v. *Bergstrom*, 122 App. Div. 923, affirmed.
(Argued March 18, 1909; decided April 6, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 7, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover upon a promissory note.

*Oscar B. Bergstrom* for appellant.

*John H. Hazelton* and *Joseph E. Russell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: VANN and CHASE, JJ.